# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Otis Nixon**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00703-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| North Carolina Department of Transportation**,** Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 9, 2016 Order.

February 9, 2016

_Frank G. John_

Frank G. Johns, Clerk
United States District Court